

Grace Wood
3 G Dartmouth [illegible]
N Haverhill, NH 03774

Clerk of Court
US District Court - NH
55 Pleasant St
Concord NH 03301

WHITE RIVER JUNCTION
VT 050 1 T
28 JUL 2021 PM

US POSTAGE
PITNEY BOWES
$000.91
02 1P
0002034107  JUL 28 2021
MAILED FROM ZIP CODE 03774

**ATTENTION!!! This correspondence is forwarded from the Grafton County Department of Corrections. The contents have not been evaluated and the GCDOC is not responsible for the substance or content of the enclosed communication.**