Grace Woodham
SPU #139265
218 N State
Concord NH 03302



MANCHESTER NH 030
21 APR 2022 PM 1 L

US District Court
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."
03301-394135