Grace Woodham
SPU #139265
Can 218 N State
Concord NH 03302

MANCHESTER NH 030

21 APR 2022 PM 1 L



FOREVER / USA

US District Court
55 Pleasant St
Concord NH 03301

"Mailed from the NH State Prison. Contents have not been evaluated. Not Responsible for content/substance."
03301-394135