UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                                  Case No. 21-cr-128-01-JL

Grace Woodham

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 6, 2022.

_____
Judge Joseph N. Laplante
United States District Judge

Date: May 4, 2022

cc:   Grace Woodham, pro se