Grace Woodham
SPU #139265
218 N. State St
Concord NH 03302

MANCHESTER NH 030

13 MAY 2022  PM 1  L


FOREVER / USA

Clerk of Court
US District Court
55 Pleasant St
Concord NH 03301

*"Mailed from the NH State Prison. Contents have not
been evaluated. Not Responsible for content/substance."*

03301-394135